☞ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

    - v -                          :     NOTICE OF INTENT TO
                                                         FILE AN INFORMATION

JOSE VIDAL,                       :

           Defendant.         :
- - - - - - - - - - - - - - - - x

**JUDGE KOELTL**

**08 CRIM 169**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
        February 22, 2008

                                  MICHAEL J. GARCIA
                                  United States Attorney

              By: _____
                  Jeffrey A. Brown
                  Assistant United States Attorney

AGREED AND CONSENTED TO:

              By: _____
                  Harry Rimm
                  Attorney for Jose Vidal

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0/25/08

2/25/08 WHEEL A