UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

UNITED STATES OF AMERICA

       - v. -

JOSE VIDAL,

               Defendant.

------------------------------------------------------

WAIVER OF INDICTMENT

08 Cr.    (JGK)

**08 CRIM 169**

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                 _____
                                                 Defendant

                                               _____
                                                 Witness

                                               _____
                                               Counsel for Defendant

Date:    New York, New York
           February 29, 2008

0202